**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MANUEL GALLEGOS-MEDINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 313-017 |
| | ) |
| WALT WELLS, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 6th day of June, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE